IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00565-PSF
Criminal Action No. 02-CR-510-02-F

UNITED STATES OF AMERICA,

     Plaintiff/Respondent,

v.

JESUS TAPIA-CARRASCO,

     Defendant/Movant.

---

**ORDER GRANTING MOTION OF DEFENDANT/MOVANT
FOR RELIEF PURSUANT TO 28 U.S.C. § 2255**

---

In accordance with the evidentiary findings and legal conclusions stated at the end of the evidentiary hearing held on June 29, 2005, which are hereby incorporated by reference, the motion of Defendant/Movant Jesus Tapia-Carrasco filed pursuant to 28 U.S.C. § 2255 is GRANTED.  The defendant/movant is entitled to a delayed direct appeal of his criminal sentence due to the ineffective assistance of his counsel in failing to file a notice of appeal that defendant/movant had requested be filed on his behalf. *See Roe v. Flores-Ortega*, 528 U.S. 470, 477-78 (2000); *United States v. Garrett*, 402 F.3d 1262, 1265 (10th Cir. 2005).

As the sentence was reimposed at the conclusion of the hearing yesterday, defendant shall have ten days from June 29, 2005 within which to file a notice of appeal.  The successor counsel for defendant/movant at the hearing, Patrick D. Butler, Esq., shall file timely a notice of appeal on behalf of his client as he agreed to do at the

hearing along with handling the appeal. The clerk is directed to ADMINISTRATIVELY CLOSE this case.

    DATED: June 30, 2005 *nunc pro tunc* June 29, 2005.

                                     BY THE COURT:

                                     s/ Phillip S. Figa
                                     _____
                                     Phillip S. Figa
                                     United States District Judge